UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AMBER TRAVERS,
            Plaintiff,

v.

ALLIED UNIVERSAL SECURITY
SERVICES,
            Defendant.
--------------------------------------------------------------x



**ORDER**

18 CV 697 (VB)

    On July 31, 2018, the parties in this Fair Labor Standards Act case filed a settlement agreement (Doc. #21) for approval by the Court as required by <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015). In a July 20, 2018, letter, the parties submitted a joint statement explaining the basis for the agreement. (Doc. #19-1).

    The Court has considered the following factors: (i) the parties' position as to the proper valuation of plaintiff's claims; (ii) the risks and costs of continuing to litigate; (iii) that plaintiff is represented by counsel; (iv) that plaintiff no longer works for defendants; (v) that plaintiff is receiving an amount in excess of the estimated unpaid wages claimed to be owed; and (vi) the representation that all parties desire to avoid the costs and uncertainty associated with drawn-out litigation.

    Based on the foregoing, the Court finds the settlement agreement is fair and reasonable, and the product of arm's-length negotiation, not fraud or collusion.

    Additionally, the Court finds the attorneys' fees, which are slightly in excess of one-third of the recovered amount, to be fair and reasonable under the circumstances.

## CONCLUSION

The parties' settlement agreement (Doc. #21) is APPROVED, and the case is DISMISSED with prejudice.

All scheduled conferences or other scheduled court appearances are cancelled.

The Clerk is instructed to close this case.

Dated: August 13, 2018
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge